IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JOHNNY LEE NICHOLS**  **PLAINTIFF**
**ADC# 115100**

V.                          Case No. 5:15-cv-00211 KGB/BD

**SHARON MCGLOTHIN,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this petition is dismiss without prejudice. A certificate of appealability is denied.

SO ADJUDGED this 2nd day of September, 2015.

*/s/ Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE